# Unclaimed Funds

Entered 4/24/2013 to 4/24/2013

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| [08-42922 -hjb](#) 16814423 | Katherine Annese c/o Stephan M. Rodolakis, Esq. Pojani Hurley Ritter & Salvidio, LLP 446 Main Street, 21st Floor Worcester, MA 01608 01608 | 2,659.81 | 04/24/2013 |

**Grand Total: 2,659.81**